**Exhibit B**



www.Visiglo.com



# SPOT YOUR DOG in the DARK!

Visiglo



## ILLUMINATING SAFETY COLLARS

### KEEP YOU AND YOUR DOG SAFE!

Collars are available in three sizes:

| | | |
|---|---|---|
| **S** | 10" - 14" | 25.5 cm - 35.5 cm |
| **M** | 13" - 20" | 33 cm - 51 cm |
| **L** | 16" - 26" | 41 cm - 66 cm |

- • HELPS KEEP YOU AND YOUR DOG VISIBLE AT NIGHT, ON CLOUDY,  RAINY, OR FOGGY DAYS!

- • TWO ILLUMINATING LIGHT SETTINGS: ❶ STEADY "ON" OR ❷ VIBRANT BLINKING TO MOVE WITH YOU AS YOU WALK YOUR DOG!

- • QUICKLY ENABLE WITH THE TOUCH OF A BUTTON!

- • POWERED BY REPLACEABLE BATTERIES



ILLUMINATES WITH THE TOUCH OF A BUTTON!







For information Contact Visiglo brands at (203)345-1234  •  sales@visiglo.com  •  www.visiglo.com